MARCIA HURD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS, MT

2008 APR 17 PM 1 05

PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 08- 12 -BU- DWM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | ATTEMPTED COERCION & ENTICEMENT<br>Title 18 U.S.C. § 2422(b)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, and lifetime supervised release) |
| JAMES KENDALL THAYER, | |
| Defendant. | FORFEITURE<br>Title 18 U.S.C. § 2253 |

THE GRAND JURY CHARGES:

That between on or about January 8, 2008, and continuing thereafter until on or about April 1, 2008, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JAMES KENDALL THAYER, used any facility or means of

interstate or foreign commerce to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely Sexual Intercourse Without Consent, M.C.A. § 45-5-503, and attempted to do so, in violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATION

As a result of the commission of the crime described above, and upon his conviction, the defendant, JAMES KENDALL THAYER, shall forfeit to the United States, all right, title, and interest in the following described property that represents property used to commit that offense:

   IBM Net Vista model RBU computer, serial number 23H2W29
   red Motorola Razr cellular telephone, serial number SJUG2644AA

as provided for in 18 U.S.C. § 2253.

   A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plantiff

Crim. Summons _____
Warrant: X (USMS CUSTODY)
Bail: NONE

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff